Shanti Lewallen, OSB No. 143740
shantilewallen@gmail.com
Lee Dudley, OSB No. 206821
lcdlex@gmail.com
LEWALLEN LAW, LLC
735 SW First Avenue Suite 300
Portland, OR 97204
Telephone: (503) 997-5447
*Attorneys for Plaintiff*

Helen M. McFarland, OSB 013176
hmcfarland@seyfarth.com
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA  98104-4041
Tel: (206) 946-4910
Christopher J. DeGroff (Admitted Pro Hac Vice)
cdegroff@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drivel Suite 8000
Chicago, IL  60606-6448
Tel: (312) 460-5000
*Attorneys for Defendant Intel Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RON TSUR**, <br><br> Plaintiff, <br><br> v. <br><br> **INTEL CORPORATION**, <br><br> Defendant. | Case No. 3:21-cv-00655-SI <br><br> **STIPULATED RULE 16 MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

Page 1 – STIPULATED RULE 16 MOTION TO EXTEND
DISCOVERY AND PRETRIAL DEADLINES

Pursuant to Fed. R. Civ. P. Rule 16 and LR 16-3(a), the parties move the Court for an order extending discovery and pretrial deadlines in this case. This motion is based on the following showing of good cause:

This matter has progressed steadily since it was filed on April 29, 2021 in United States District Court for the District of Oregon, Portland Division. On October 8, 2021, the Court partly granted Defendant's Partial Motion to Dismiss and denied Defendant's Motion to Strike, and allowed Plaintiff leave to amend his Complaint. On October 22, 2021, Plaintiff filed an Amended Complaint. The Parties stipulated that Defendant could file its Answer and Defenses on November 12, 2021, and Defendant timely did so.

The parties will exchange Initial Disclosures by December 13, 2021. Pursuant to LR 16-3(a), and based on their conferral, the parties propose the following pretrial schedule:

| Deadline to Join Additional Parties or Amend Pleadings: | **Defendant requests December 1, 2021.** **Plaintiff would like this to remain open until the Deadline to Complete Fact Discovery.** |
|---|---|
| Deadline to Complete Fact Discovery | **August 1, 2022** |
| ADR Report Deadline | **August 29, 2022** |
| Deadline to File Dispositive Motions | **September 29, 2022** |
| Initial Expert Disclosure Deadline | **Plaintiff seeks a date after Dispositive Motions have been resolved.** **Defendant proposes August 15, 2022.** |
| Rebuttal Expert/Report Disclosure Date | **Plaintiff seeks a date after Dispositive Motions have been resolved.** **Defendant proposes September 15, 2022.** |
| Trial (Plaintiff anticipates 14 days - Defendant anticipates 7-10 days) | **February 2023, or another date set by the Court that is 30 days or more after Dispositive Motions are resolved.** |

///

Page 2 – STIPULATED RULE 16 MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES

Lewallen Law, LLC
735 SW First Avenue, Suite 300
Portland OR 97204
Tel: 503-997-5447
Fax: 844-364-5438

///

SO STIPULATED this 22nd day of November, 2021.

| | |
|---|---|
| /s/ Shanti Lewallen | /s/ Helen McFarland |
| Shanti Lewallen, OSB No. 143740 | Helen McFarland, OSB No. 013176 |
| 735 SW First Avenue, Suite 300 | hmcfarland@seyfarth.com |
| Portland, OR 97204 | SEYFARTH SHAW, LLP |
| Telephone: 503-997-5447 | 999 Third Avenue, Suite 4700 |
| Facsimile: 844-364-5438 | Seattle, WA 98104 |
| shantilewallen@gmail.com | Tel: 206-946-4910 |
| ***Of Attorneys for Plaintiff*** | ***Of Attorneys for Defendant Intel Corporation*** |

Page 3 – STIPULATED RULE 16 MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES

Lewallen Law, LLC
735 SW First Avenue, Suite 300
Portland OR 97204
Tel: 503-997-5447
Fax: 844-364-5438

## CERTIFICATE OF SERVICE

      I certify that I served the foregoing *Stipulated Rule 16 Motion to Extend Discovery and Pretrial Deadlines* on this 22nd day of November 2021, by:

- ☐ Facsimile
- ☐ First Class Mail
- ☐ Hand-Delivery
- ☐ E-mail
- ☒ CM/ECF Service

directing a true copy thereof to Defendants' attorneys at the address(es) shown below:

| | |
|---|---|
| Helen M. McFarland<br>hmcfarland@seyfarth.com<br>SEYFARTH SHAW LLP<br>999 Third Avenue, Suite 4700<br>Seattle, WA 98104-4041<br><br>***Of Attorneys for Defendant*** | Christopher J. DeGroff<br>cdegroff@seyfarth.com<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br><br>***Of Attorneys for Defendant*** |

Shardé T. Skahan
sskahan@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021

***Of Attorneys for Defendant***

DATED this 22nd day of November, 2021.

      LEWALLEN LAW, LLC

      *s/ Shanti Lewallen*
      Shanti S. Lewallen, OSB #143740
      shantilewallen@gmail.com

      ***Attorney for Plaintiff***

Page 1 – CERTIFICATE OF SERVICE – STIPULATED RULE 16 MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES

Lewallen Law, LLC
735 SW First Avenue, Suite 300
Portland OR 97204
Tel: 503-997-5447
Fax: 844-364-5438