Shanti Lewallen, OSB No. 143740
shantilewallen@gmail.com
Lee Dudley, OSB No. 206821
lcdlex@gmail.com
LEWALLEN LAW, LLC
735 SW First Avenue Suite 300
Portland, OR 97204
Telephone: (503) 997-5447
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RON TSUR**, <br><br> Plaintiff, <br><br> v. <br><br> **INTEL CORPORATION**, <br><br> Defendant. | Case No. 3:21-cv-00655-SI <br><br> **STIPULATED RULE 16 MOTION TO EXTEND TIME TO AMEND PLEADINGS AND JOIN ADDITIONAL PARTIES** |

Pursuant to Fed. R. Civ. P. Rule 16 and LR 16-3(a), the parties move the Court for an order extending discovery and pretrial deadlines in this case. This motion is based on the following showing of good cause:

This matter has progressed steadily since it was filed on April 29, 2021 in United States District Court for the District of Oregon, Portland Division. On October 8, 2021, the Court partly granted Defendant's Partial Motion to Dismiss and denied Defendant's Motion to Strike, and allowed Plaintiff leave to amend his Complaint. On October 22, 2021, Plaintiff filed an Amended

Page 1 – STIPULATED RULE 16 MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND JOIN ADDITIONAL PARTIES

Lewallen Law, LLC
735 SW First Avenue, Suite 300
Portland OR 97204
Tel: 503-997-5447
Fax: 844-364-5438

Complaint. The Parties stipulated that Defendant could file its Answer and Defenses on November 12, 2021, and Defendant timely did so.

The parties have exchanged Initial Disclosures and are in the process of conferral as to the proper scope of discovery. Pursuant to LR 16-3(a), and based on their conferral, the parties propose the deadline to Amend Pleadings and Join Additional Parties be advanced from March 31, 2022 to April 14, 2022.

SO STIPULATED this 30th day of March, 2021.

| | |
|---|---|
| */s/ Shanti Lewallen* | */s/ Helen McFarland* |
| Shanti Lewallen, OSB No. 143740 | Helen McFarland, OSB No. 013176 |
| 735 SW First Avenue, Suite 300 | hmcfarland@seyfarth.com |
| Portland, OR 97204 | SEYFARTH SHAW, LLP |
| Telephone: 503-997-5447 | 999 Third Avenue, Suite 4700 |
| Facsimile: 844-364-5438 | Seattle, WA 98104 |
| shantilewallen@gmail.com | Tel: 206-946-4910 |
| | |
| **Of Attorneys for Plaintiff** | **Of Attorneys for Defendant Intel Corporation** |

Page 2 – STIPULATED RULE 16 MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND JOIN ADDITIONAL PARTIES

Lewallen Law, LLC
735 SW First Avenue, Suite 300
Portland OR 97204
Tel: 503-997-5447
Fax: 844-364-5438

# CERTIFICATE OF SERVICE

I certify that I served the foregoing *Stipulated Rule 16 Motion to Extend Deadline to Amend Pleadings and Join Additional Parties* on this 30th day of March 2022, by:

☐ Facsimile
☐ First Class Mail
☐ Hand-Delivery
☒ E-mail
☒ CM/ECF Service

directing a true copy thereof to Defendants' attorneys at the address(es) shown below:

Helen M. McFarland
hmcfarland@seyfarth.com
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041

*Of Attorneys for Defendant*

Christopher J. DeGroff
cdegroff@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448

*Of Attorneys for Defendant*

Shardé T. Skahan
sskahan@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021

*Of Attorneys for Defendant*

DATED this 30th day of March 2022.

LEWALLEN LAW, LLC

*s/ Shanti Lewallen*
Shanti S. Lewallen, OSB #143740
shantilewallen@gmail.com

*Attorney for Plaintiff*

Page 1 – CERTIFICATE OF SERVICE – STIPULATED RULE 16 MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND JOIN ADDITIONAL PARTIES

Lewallen Law, LLC
735 SW First Avenue, Suite 300
Portland OR 97204
Tel: 503-997-5447
Fax: 844-364-5438

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RON TSUR**,<br><br>      Plaintiff,<br><br>v.<br><br>**INTEL CORPORATION**,<br><br>      Defendant. | Case No. 3:21-cv-00655-SI<br><br>**PROPOSED ORDER EXTENDING THE DEADLINE TO AMEND AND JOIN ADDITIONAL PARTIES** |

## PROPOSED ORDER

And now, on this ___ day of _____ 2022, upon consideration of the Parties' Stipulated Rule 16 Motion to Extend the Deadline to Amend and Add Parties, it is hereby ORDERED that the Parties' Motion is GRANTED. The deadline to amend and join additional parties is now the 14th of April 2022.

 

 

_____
THE HONORABLE MICHAEL H. SIMON