SHANTI LEWALLEN, OSB No. 143740
shantilewallen@gmail.com
LEWALLEN LAW, LLC
735 SW First Ave., Suite 300
Portland, OR 97204
Telephone: (503) 997-5447

ANDREW HOROWITZ, PA Bar No. 311949 (*pro hac vice*)
BRUCE FOX, PA Bar No. 42576 (*pro hac vice*)
Obermayer Rebmann Maxwell & Hippel LLP
525 William Penn Place, Ste. 1710
Pittsburgh, PA 15219
Telephone: (412) 288-2461

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RON TSUR,** | Case No.: 3:21-cv-00655-SI |
| Plaintiff, | |
| vs. | **DECLARATION OF DR. MARK R. KILLINGSWORTH IN SUPPORT OF PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| **INTEL CORPORATION,** | |
| Defendant. | |

I, Dr. Mark R. Killingsworth, declare as follows:

1. I am a professor of economics at Rutgers University in New Brunswick, New Jersey.

2. I was retained to provide statistical analyses of data produced by Defendant Intel Corporation in the form of spreadsheets containing information on persons employed by Intel in the United States as of mid-2015.

3. I was specifically tasked with analyzing the data produced by Intel to investigate possible age-related differences in termination rates related to Intel's 2015 RIF.

Page 1

4. Attached as Exhibit 1 to the Declaration of Shanti Lewallan, ECF No. 69 ("Lewallen Dec."), is a true and correct copy of the report I produced for this case. That copy of my report includes my CV and a list of publications for the last 10 years.

5. Attached hereto is a true and correct copy of supplemental disclosure documents that were previously not submitted with my report. These supplemental disclosures relate to deposition and trial testimony I have given in the past four years and my compensation in this case.

6. My report sets out a complete and accurate statement of my opinions in this case.

7. If called upon at trial, I will testify under oath as to the opinions set forth in my report and the basis and reasons for them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Nov. 17, 2022

_____
MARK R. KILLINGSWORTH

CERTIFICATE OF SERVICE

I certify that on the date indicated below, I caused to be served the foregoing DECLARATION OF MARK R. KILLINGSWORTH IN SUPPORT OF PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT upon Defendant by EMAIL and the EM/ECF System at the addresses below:

| | |
|---|---|
| Helen M. McFarland<br>hmcfarland@seyfarth.com<br>Nicholas Gillard-Byers<br>ngillard-byers@seyfarth.com<br>SEYFARTH SHAW LLP<br>999 Third Avenue, Suite 4700<br>Seattle, Washington  98104-4041 | Christopher J. DeGroff<br>cdegroff@seyfarth.com<br>Andrew Scroggins<br>ascroggins@seyfarth.com<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois  60606-6448 |

Shardé T. Skahan
sskahan@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021

DATED this 17th day of November 2022.     LEWALLEN LAW, LLC

_____
Signed: Shanti Lewallen, OSB # 143740
Email: shantilewallen@gmail.com

*Of Attorneys for Plaintiff*

Page 1 – CERTIFICATE OF SERVICE – DECLARATION OF MARK KILLNGSWORTH ISO PLF'S SUR-REPLY IN OPPOSITION TO DFT'S MOT. FOR SUM. JUDM.