Helen M. McFarland, OSB 013176
hmcfarland@seyfarth.com
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
Tel: (206) 946-4910

Christopher J. DeGroff (*Admitted Pro Hac Vice*)
cdegroff@seyfarth.com
Andrew Scroggins (*Admitted Pro Hac Vice*)
ascroggins@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Tel: (312) 460-5000

Raymond C. Baldwin (*Admitted Pro Hac Vice*)
rbaldwin@seyfarth.com
SEYFARTH SHAW LLP
975 F St., N.W.
Washington, DC 20004
Tel: (202) 463-2400

*Attorneys for Defendant Intel Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| RON TSUR,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-00655-MS<br><br>[PROPOSED ORDER] GRANTING DEFENDANT INTEL CORPORATION'S *DAUBERT* MOTION TO EXCLUDE PLAINTIFF'S EXPERT ROY LUBIT, MD, FROM OFFERING CERTAIN TESTIMONY |

This matter comes before the Court on Defendant Intel's Daubert Motion to Exclude Certain Testimony by Roy Lubit, MD. The Court has considered the following:

1. Defendant Intel's Motion to Exclude Plaintiff's Expert Roy Lubit, MD;

2. The Declaration of Raymond C. Baldwin in Support of Defendant's Motion to Exclude Plaintiff's Expert Roy Lubit, MD, and all exhibits thereto;

3. All pleadings and files in this case.

The Court has reviewed the Motion and all related pleadings, as well as all supporting declarations and documents, and grants the Motion.

The Court ORDERS:

1. Dr. Lubit shall not be permitted to testify at trial in this matter;

2. Dr. Lubit's report shall not be entered into evidence, referenced, or discussed by Plaintiff's counsel or Plaintiff at trial in this matter;

3. Plaintiff's counsel shall not ask questions likely to elicit discussion of Dr. Lubit's report contents or his conclusions;

4. Dr. Lubit shall specifically not be permitted to testify as to the following topics or conclusions:

a. His opinions regarding Mr. Jones's management abilities

b. His opinions regarding Plaintiff's work performance

c. His opinion that Mr. Jones set Plaintiff up for failure

d. Any reference to the Holocaust

e. The impact that alleged discriminatory comments had or would have had on Plaintiff

f. Any impact or consequences of the layoff, including effects on the job market or Plaintiff's ability to find work

g. Any reference to Plaintiff's opinion or belief that he was "blacklisted"

h. His opinion that ageism was involved in or a factor in any lay-off decisions

i. His opinion that Plaintiff's poor performance was caused in whole or in part by alleged discriminatory remarks


SEYFARTH SHAW LLP
999 Third Avenue, Ste. 4700
Seattle, WA 98104-4041
Tel: (206) 946-4910
Fax: (206) 299-9974

j. His opinion that Intel failed to protect him.

IT IS SO ORDERED this ____ day of ______________________, 2023.

______________________________
The Honorable Michael Simon

Respectfully submitted by:

Helen M. McFarland, OSB 013176
hmcfarland@seyfarth.com
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
Tel: (206) 946-4910

Christopher J. DeGroff (Admitted Pro Hac Vice)
cdegroff@seyfarth.com
Andrew Scroggins (Admitted Pro Hac Vice)
ascroggins@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Tel: (312) 460-5000

Raymond C. Baldwin (Admitted Pro Hac Vice)
rbaldwin@seyfarth.com
SEYFARTH SHAW LLP
975 F St., N.W.
Washington, DC 20004
Tel: (202) 463-2400

*Attorneys for Defendant Intel Corporation*