Helen M. McFarland, OSB 013176
hmcfarland@seyfarth.com
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
Tel: (206) 946-4910

Christopher J. DeGroff (*Admitted Pro Hac Vice*)
cdegroff@seyfarth.com
Andrew Scroggins (*Admitted Pro Hac Vice*)
ascroggins@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Tel: (312) 460-5000

Raymond C. Baldwin (*Admitted Pro Hac Vice*)
rbaldwin@seyfarth.com
SEYFARTH SHAW LLP
975 F St., N.W.
Washington, DC 20004
Tel: (202) 463-2400

*Attorneys for Defendant Intel Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| RON TSUR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:21-cv-00655-MS<br><br>**DECLARATION OF ANDREW SCROGGINS IN SUPPORT OF INTEL CORPORATION'S *DAUBERT* MOTION TO EXCLUDE PLAINTIFF'S EXPERT MARK KILLINGSWORTH, FROM OFFERING TESTIMONY** |

I, Andrew L. Scroggins, declare under penalty of perjury, as follows:

　　　　1.　　　　I am licensed to practice in all courts in the States of Illinois and Michigan and am

a partner at Seyfarth Shaw, LLP, counsel for Defendant Intel Corporation ("Intel") in this matter.

DECLARATION OF ANDREW SCROGGINS IN SUPPORT OF INTEL CORPORATION'S
*DAUBERT* MOTION TO EXCLUDE CERTAIN TESTIMONY FROM DR. KILLINGSWORTH -1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041

I am over eighteen (18) years of age, have personal knowledge of, and am fully competent to testify to, the matters set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of the Revised Expert Report of Dr. Mark Killingsworth, who is identified by Plaintiff's Counsel in this matter as a testifying expert. Said report was finalized on December 18, 2022.

3. Attached as Exhibit 2 are true and correct excerpts of the December 6, 2022, deposition of Dr. Killingsworth in this matter.

4. Attached as Exhibit 3 are true and correct excerpts of the Expert Report of Dr. Ali Saad, an expert retained by Intel in this matter whose expert report was served on Plaintiff on January 6, 2023.

5. Attached as Exhibit 4 is a true and correct copy of the Initial Expert Report of Dr. Mark Killingsworth, who is identified by Plaintiff's Counsel in this matter as a testifying expert. Said report was finalized on October 27, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

EXECUTED this 9th day of January, 2023, at Chicago, Illinois.

<u>s/ Andrew L. Scroggins</u><br>
Andrew L. Scroggins

DECLARATION OF ANDREW SCROGGINS IN SUPPORT OF INTEL CORPORATION'S
*DAUBERT* MOTION TO EXCLUDE CERTAIN TESTIMONY FROM DR. KILLINGSWORTH -2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2023, I presented *Declaration of Andrew L. Scroggins In Support Of Intel Corporation's Daubert Motion To Exclude Plaintiff's Expert Mark Killingsworth From Offering Testimony* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

>Shanti Lewallen
>LEWALLEN LAW, LLC
>65 SW Yamhill
>Suite 300
>Portland, OR 97204
>shantilewallen@gmail.com
>lcdlex@gmail.com
>
>Andrew J. Horowitz
>Bruce C. Fox
>Obermayer Rebmann Maxwell & Hippel LLP
>525 William Penn Place, Ste. 1710
>Pittsburgh, PA 15219-2502
>F: (412) 566-1500
>Andrew.horowitz@obermayer.com
>bruce.fox@obermayer.com

DATED this 9th day of January, 2023.

>*s/Helen McFarland*
>Helen McFarland

91029993v.1

DECLARATION OF ANDREW SCROGGINS IN SUPPORT OF INTEL CORPORATION'S *DAUBERT* MOTION TO EXCLUDE CERTAIN TESTIMONY FROM DR. KILLINGSWORTH -1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041